**Order Filed on May 16, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br><br>CN 4853<br><br>Trenton, NJ   08650<br><br>(609) 587-6888<br><br>Standing Chapter 13 Trustee | |
| In re:<br><br>Anthony Allen Douglas, Sr.<br><br><br><br>Debtor(s) | Case No.: 17-30556 / MBK<br><br>Chapter 13<br><br>Hearing Date: 05/14/2019  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30556-MBK
Anthony Allen Douglas, Sr.                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1            Date Rcvd: May 20, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db           +Anthony Allen Douglas, Sr.,   116 Clubhouse Drive,   Willingboro, NJ 08046-3502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor    Wells Fargo Bank, N.A., successor by merger to
           Wachovia Bank, N.A. NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    PNC Bank, National Association
           NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Jay B Feldman    on behalf of Debtor Anthony Allen Douglas, Sr. jfeldman@hulsewynter.com
          Kimberly Pelkey Sdeo    on behalf of Debtor Anthony Allen Douglas, Sr. ksdeo@hulsewynter.com
          Melissa S DiCerbo    on behalf of Creditor    Wells Fargo Bank, N.A., successor by merger to
           Wachovia Bank, N.A. nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Melissa S DiCerbo    on behalf of Creditor    PNC Bank, National Association nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 9