UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ  08650
609-587-6888
Standing Chapter 13 Trustee

In re:

Anthony Allen Douglas, Sr.

Debtor

Case No.: 17-30556 / MBK

Chapter:  13

Judge: Michael B. Kaplan

# NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of $4,476.04, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Anthony Allen Douglas, Sr. - Debtor's Refund<br>116 Clubhouse Drive<br>Willingboro, NJ  08046 | $4,476.04 |

DATED: 10/22/2020

/s/   Albert Russo

Albert Russo
Standing Chapter 13 Trustee